IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE A.S.M., and<br>JANE DOE M.L.R.M., and<br>JANE DOE E.R.R., and<br>JANE DOE E.G.P., and<br>JOHN DOE A.A.C.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE CHEESECAKE FACTORY, INC. and THE CHEESECAKE FACTORY BAKERY, INC., and THE CHEESECAKE FACTORY RESTAURANTS, INC., JOHN DOES 1-100, and ABC ENTITIES 1-10,<br><br>        Defendants. | Case No. 2:25-cv-03144 (JRS) |

## MOTION TO STAY AND COMPEL ARBITRATION

Defendants The Cheesecake Factory, Inc. and The Cheesecake Factory Bakery, Inc. and The Cheesecake Factory Restaurants, Inc., pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, hereby move this Court to stay the Complaint and to compel Plaintiffs to arbitrate their individual claims in accordance with the arbitration agreements between the parties.

In support of this motion, Defendants shall rely upon the accompanying Memorandum of Law and Declaration of Barbara Lewis and Certificate of Accuracy of Walter L. Krochmal.

Dated: August 19, 2025

                                        CONSTANGY, BROOKS, SMITH & PROPHETE LLP

                                        By: /s/ *John E. MacDonald*
                                        John E. MacDonald
                                        ATTY ID No. 82828
                                        3120 Princeton Pike, Suite 301
                                        Lawrenceville, NJ 08648
                                        jmacdonald@constangy.com
                                        (609) 357-1183 (tel)
                                                (609) 844-1102 (fax)
                                                *Attorneys for Defendants*