IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE A.S.M., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-3144 |
| | : | |
| THE CHEESECAKE FACTORY, INC., et al. | : : | |

**ORDER**

AND NOW, this 3rd day of September, 2025, upon consideration of Plaintiffs' Motion for Leave to File Exhibits 2-A Through 2-E Accompanying Plaintiffs' Opposition to Defendants' Motion to Stay and Compel Arbitration Under Seal, it is ORDERED the Motion (ECF No. 9) is GRANTED.  Exhibits 2-A through 2-E to Plaintiff's Brief in Opposition to Defendants' Motion to Stay and Compel Arbitration shall be filed UNDER SEAL.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.