THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE A.S.M.**, *et al.*, | * |
| | *    **Civil Action No.: 2:25-cv-03144 (JRS)** |
| **Plaintiffs,** | * |
| | * |
| v. | * |
| | * |
| **THE CHEESECAKE FACTORY, INC.**, *et al.*, | * |
| | * |
| **Defendants.** | * |

## **ORDER**

AND NOW, this  9th  day of September 2025, upon consideration of Defendant The Cheesecake Factory, Inc.'s Motion for Leave to File a Reply Brief, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT

/s/ Juan R. Sánchez
THE HON. JUAN R. SÁNCHEZ