IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE A.S.M., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-3144 |
| | : | |
| THE CHEESECAKE FACTORY, INC., et al. | : : | |

## ORDER

AND NOW, this 12th day of November, 2025, it is ORDERED an oral argument on Defendants' Motion to Stay and Compel Arbitration (ECF No. 8) shall be held on December 3, 2025 at 11:00 a.m. in Courtroom 14B.  The parties should also be prepared to address Plaintiffs' Motion for Leave to Proceed Under Pseudonym Anonymously (ECF No. 2).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.